TILLMAN ET AL. *v.* CITY OF PORT ARTHUR.

No. 1214.   Decided May 31, 1966.

*W. J. Durham* for appellants.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.

ALTON *v.* TAWES, GOVERNOR OF MARYLAND, ET AL.

No. 1344.   Decided May 31, 1966.

*Bennett Crain, Jr.,* and *George Cochran Doub* for appellant.

PER CURIAM.

The motion to advance is granted.   The judgment is affirmed.